IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

COBEY DARON WEBB,                :
                                 :
      Petitioner                 :
                                 :
   v.                            :   CIVIL NO. 4:CV-16-624
                                 :
WARDEN L. J. ODDO,               :   (Judge Brann)
                                 :
      Respondent                 :

## **ORDER**

May 13, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Webb's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner may seek authorization from the appropriate United States Court of Appeals for leave to file a second or successive § 2255 petition.

3. The Clerk of Court is directed to **CLOSE** this case.

1

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Mathew W. Brann
Matthew W. Brann
United States District Judge